# United States District Court

for

## WESTERN DISTRICT OF TEXAS - WACO

## Report on Offender Under Supervision

FILED
January 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MC_____
DEPUTY

Name of Offender: **Joshua Lee Johnson**　　　Case Number: **6:09CR043(04)-ADA**

Name of Sentencing Judicial Officer:　**United States District Judge Walter S. Smith Jr.**

Date of Original Sentence: **August 19, 2010**

Original Offense: **Count 2SS: Conspiracy to Manufacture Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 846 {21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)}.**

**Count 6SS: Possession of a Chemical, Product, or Material to Manufacture a Controlled Substance, Namely Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C § 843(a)(6) and (d)(2).**

Original Sentence: **200 months imprisonment, as to Count 2SS, and 120 months imprisonment, as to Count 6SS, to be served concurrently; three (3) years supervised, as to both Counts 2SS and 6SS, to be served concurrently; $200.00 special assessment; $2000.00 fine.**

Type of Supervision: **Supervised Release**　　Date Supervision Commenced: **September 8, 2023**

## PREVIOUS COURT ACTION

On June 4, 2015, Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Johnson's Motion for Sentence Reduction was granted and the term of imprisonment, as to Count 2SS, was reduced from 200 months to 180 months.

On October 11, 2023, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

On February 7, 2024, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

On May 29, 2024, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant violated Mandatory Condition Number 2, in that he unlawfully possessed and used a controlled substance, in that on January 14, 2025, Mr. Johnson submitted a urine specimen which tested positive for marijuana.

**U.S. Probation Officer Action:** Mr. Johnson continues to struggle with the use of marijuana as he struggles to gain sobriety and cope with stress in his life. The U.S. Probation Office respectfully requests no punitive action be taken and that Mr. Johnson be permitted to benefit from continued substance abuse treatment. It is anticipated Mr. Johnson may continue to test positive for approximately thirty (30) days, as the drug metabolizes out of his system. If he tests positive again, after thirty (30) days, the Court will be notified.

| Approved by: | Respectfully submitted, |
|---|---|
| _/s/ David R. Mercier_ | _/s/ Roy L. Pate_ |
| David R. Mercier | Roy Pate |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Date: January 23, 2025 | Date: January 23, 2025 |

✓ No Action
☐ Submit a Request for Modifying the Condition or Terms of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_/s/ Derek T. Gilliland_
The Honorable Derek T. Gilliland
United States Magistrate Judge

01/23/2025
Date