United States District Court

for

**WESTERN DISTRICT OF TEXAS - WACO**

FILED
April 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AE_____
DEPUTY

**Petition for Warrant or Summons for Offender Under Supervision**

**Name of Offender:** Joshua Lee Johnson  **Case Number:** W-09-CR-00043(04)

**Name of Sentencing Judicial Officer:** United States District Judge Walter S. Smith Jr.

**Date of Original Sentence:** August 19, 2010

**Original Offense:** Count 2SS: Conspiracy to Manufacture Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 846 {21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)}; Count 6SS: Possession of a Chemical, Product, or Material to Manufacture a Controlled Substance, Namely Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 843(a)(6) & (d)(2)

**Original Sentence:** Two hundred (200) months confinement as to Count 2SS and one hundred twenty (120) months confinement as to Count 6SS to be served concurrently, three (3) years supervised release as to each Count to be served concurrently, workforce development program participation, fine in the amount of $2,000.00, and a $200.00 special assessment.

**Maximum Term of Imprisonment Upon Revocation:** 2 years

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** September 8, 2023

**Assistant United States Attorney:** Stephanie Smith-Burris  **Defense Attorney:** Turner Ford Gassaway

================================================================================

**PREVIOUS COURT ACTION**

On June 4, 2015, Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Johnson's Motion for Sentence Reduction was granted and the term of imprisonment, as to Count 2SS, was reduced from 200 months to 180 months.

On October 11, 2023, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

On February 7, 2024, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

Case 6:09-cr-00043-ADA    Document 310    Filed 04/21/25    Page 2 of 3

Defendant Name: Joshua Lee Johnson
Petition for Warrant or Summons for Offender Under Supervision
Dkt No: W-09-CR-00043(04)                                                                 Page 2

On May 29, 2024, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

On January 23, 2025, the Court was notified that Mr. Johnson tested positive for marijuana. No punitive action was taken, and Mr. Johnson was referred to treatment.

═══════════════════════════════════════════════════════════════════════════════

## PETITIONING THE COURT

[X] To issue a warrant                    [] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number 1**: The defendant violated Mandatory Condition Number 2, in that he unlawfully possessed and used a controlled substance, in that on October 3, 2023, Mr. Johnson submitted a urine specimen which tested positive for marijuana.

**Factual Basis:** The defendant tested positive for marijuana on a urine drug screen and subsequently signed an admission form.

**Violation Number 2**: The defendant violated Mandatory Condition Number 2, in that he unlawfully possessed and used a controlled substance, in that on December 5, 2023, and February 1, 2024, Mr. Johnson submitted urine specimens which tested positive for marijuana.

**Factual Basis:** The defendant tested positive for marijuana on a urine drug screen and subsequently admitted to use of marijuana.

**Violation Number 3**: The defendant violated Mandatory Condition Number 2, in that he unlawfully possessed and used a controlled substance, in that on May 14, 2024, Mr. Johnson submitted a urine specimen which tested positive for marijuana.

**Factual Basis:** The defendant tested positive for marijuana on a urine drug screen and subsequently stated that he has been buying CBD products from a local smoke shop.

**Violation Number 4**: The defendant violated Mandatory Condition Number 2, in that he unlawfully possessed and used a controlled substance, in that on January 14, 2025, Mr. Johnson submitted a urine specimen which tested positive for marijuana.

**Factual Basis:** The defendant tested positive for marijuana on a urine drug screen. The sample was subsequently confirmed positive at a laboratory.

Case 6:09-cr-00043-ADA   Document 310   Filed 04/21/25   Page 3 of 3

Defendant Name: Joshua Lee Johnson
Petition for Warrant or Summons for Offender Under Supervision
Dkt No: W-09-CR-00043(04)                                                                 Page 3

**Violation Number 5**: The defendant violated standard condition number 6, in that he failed to notify the Probation Officer at least ten days prior to any change in residence or employment.

**Factual Basis:** On January 27, 2025, the probation office was notified that the defendant was no longer employed. The defendant did not notify the probation officer 10 days prior to employment change, or thereafter until the probation officer addressed the violation on or about January 29, 2025.

**Violation Number 6**: The defendant violated Mandatory Condition Number 2, in that he unlawfully possessed and used a controlled substance, in that on April 8, 2025, Mr. Johnson submitted a urine specimen which tested positive for marijuana.

**Factual Basis:** The defendant tested positive for marijuana on a urine drug screen. The sample was subsequently confirmed positive at a laboratory.

Approved by:                                                  Respectfully submitted:

_____                               _____
David R. Mercier                                              Tana Davis
Supervising U.S. Probation Officer                            U.S. Probation Officer
Date:  April 21, 2025                                         Date:  April 21, 2025

---

THE COURT ORDERS:

☐ No Action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other.

_____
Derek T. Gilliland
United States Magistrate Judge

04/21/2025
_____
Date