AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

May 05, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**NW**_____
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 6:09-CR-00043 (04) |
| | ) | |
| | ) | |
| JOSHUA LEE JOHNSON | ) | |
| _____Defendant_____ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSHUA LEE JOHNSON _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition     ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 3583. See attached petition.

Date:   04/21/2025

_____
*Issuing officer's signature*

City and state:     **Waco, Texas**

**United States Magistrate Judge, Derek T. Gilliland**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/22/25 , and the person was arrested on *(date)* 4/28/25 at *(city and state)* Bell Co. TX . |
| Date: _____                    _____<br>*Arresting officer's signature*<br><br>DUSM Miss.ct<br>*Printed name and title* |